UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JORGE GARCIA ORTIZ, <br><br> Petitioner, <br><br> v. <br><br> BRIAN ENGLISH, <br><br> Respondent. | CAUSE NO. 3:25-CV-1009 DRL-SJF |

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted in part, ordering the Warden of Miami Correctional Facility (as the custodian and proper respondent) to release Jorge Garcia Ortiz immediately from custody. ECF 9. The petitioner has since been released. ECF 10. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

January 5, 2026                                              *s/ Damon R. Leichty*
                                                             Judge, United States District Court